## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

| | |
|---|---|
| Argent Mortgage Company, LLC,  ) | |
| ) | Civil Action No. 05-CV-1091 PAM/RLE |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| Old Republic National Title Insurance  ) | |
| Company and Anoka Title Agency,  ) | |
| LLC,  ) | |
| ) | **ORDER FOR DISMISSAL** |
| Defendants,  ) | |
| ) | |
| and  ) | |
| ) | |
| Anoka Title Agency, LLC,  ) | |
| ) | |
| v.  ) | |
| ) | |
| Executive Home Buyers, Inc., Mark  ) | |
| David Schulte, and Jeremy Lyman,  ) | |
| ) | |
| Third Party Defendants.  ) | |
| ) | |
| ) | |

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**   That the claims of plaintiff Argent Mortgage Company, LLC, and the cross-claim of defendant Old Republic National Title Insurance Company, in this action are hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto, provided, however, that the Court will retain jurisdiction, if necessary, solely to address any claims for breach of the Settlement Agreement and Release entered into by the parties as provided for in <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375 (1994).

**LET JUDGMENT BE ENTERED ACCORDINGLY**

**BY THE COURT**

Dated: June   5  , 2006              s/Paul A. Magnuson
                                     The Honorable Paul A. Magnuson
                                     Judge of U.S. District Court