## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

| | | |
|---|---|---|
| Argent Mortgage Company, LLC, | ) | |
| | ) | Civil Action No. 05-CV-1091 PAM/RLE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Old Republic National Title Insurance | ) | |
| Company and Anoka Title Agency, LLC, | ) | **ORDER REMANDING CASE TO** |
| | ) | **STATE COURT** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Anoka Title Agency, LLC, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Executive Home Buyers, Inc., Mark David Schulte, and Jeremy Lyman, | ) ) | |
| | ) | |
| Third Party Defendants. | ) | |

## ORDER

Based upon the Stipulation to Remand between Anoka Title and Jeremy Lyman,

**IT IS HEREBY ORDERED:** That the United States District Court no longer has jurisdiction over this matter; accordingly, this matter shall be remanded to the District Court for the State of Minnesota, Anoka County, without costs to any of the parties hereto.

### BY THE COURT

Dated:   July 12  , 2006.         s/Paul A. Magnuson
                                  Judge of U.S. District Court